# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Patience Gore,

        Petitioner,

v.

Kristi Noem, et al.,

        Respondents.

No. CV-26-01922-PHX-SMB (JFM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention.[1]  (Doc. 1.)  Petitioner filed an Amended Petition on March 23, 2026.  (Doc. 5.)

Petitioner alleges she is a native of Zimbabwe, was granted withholding of removal and was released on an Order of Supervision.  Petitioner alleges she has complied with all OSUP requirements and is undergoing emergency fertility treatment.  She was arrested on March 15, 2026.

Petitioner alleges that Respondents have not provided notice of the reasons for the revocation of her release or complied with the applicable regulations regarding revoking Orders of Supervision: 8 C.F.R. § 241.4(l)(1)-(2) and 8 C.F.R. § 241.13(i).  Petitioner also alleges she was granted withholding of removal to Zimbabwe and, as a result, her removal is not substantially likely to occur in the reasonably foreseeable future and, as a

---

[1] Petitioner also filed a Motion for Order to Show Cause (Doc. 2).  Upon the filing of her Amended Petition, Petitioner filed an Emergency Motion for Temporary Restraining Order.  (Doc. 6.)   Because the Court is directing Respondents to promptly show cause why the Petition should not be granted, the Court finds Petitioner is not entitled to preliminary relief at this juncture.  Therefore, the Court will deny the Motion without prejudice.

result, her detention is impermissible. *See Zadvydas v. Davis*, 533 U.S. 678, 689 (holding that 8 U.S.C. § 1231 "does not permit indefinite detention"). Finally, Petitioner alleges she has an approved immigration employment-based petition filed on behalf of her employer and has a pending I-130 petition filed by her husband.

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)     Counsel for Petitioner must immediately serve the Amended Petition (Doc. 5) and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Amended Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must show cause no later than **March 26, 2026**, why the Amended Petition should not be granted.

(5)     Petitioner may file a reply no later than **March 27, 2026**.

Dated this 24th day of March, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge