# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patience Gore, | No. CV-26-01922-PHX-SMB (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner challenged her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001) and argued she was released on an order of supervision and redetained without due process. (Doc. 5.)  The Court directed Respondents to show cause why the Amended Petition should not be granted. (Doc. 8.)  Respondents' response stated

> Under the facts and circumstances of this case, Respondents do not oppose Petitioner's request for release from immigration custody at this time.

(Doc. 10.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her *Zadvydas* claim.

**IT IS THEREFORE ORDERED** Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 5) is **granted** as to her *Zadvydas* claim.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 26th day of March, 2026.

Honorable Susan M. Brnovich
United States District Judge